PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Jamel Coward  Cr.: 06-00604-001
  PACTS #: 36027

Name of Sentencing Judicial Officer:  THE HONORABLE KATHARINE S. HAYDEN
  SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 05/23/2007

Original Offense:  Count One: Rico - Racketeering

Original Sentence: Imprisonment - 204 months; Supervised Release – 5 years

Special Conditions: Drug Treatment, DNA testing, Financial Disclosure, Gang Restriction Court Ordered, Substance Abuse Testing, Fine, Special Assessment

Type of Supervision: Supervised Release  Date Supervision Commenced: 03/05/2018

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
--- | ---
1 | The offender has violated the standard supervision condition which states **'The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances.'**
 | On February 19, 2019, the offender provided a urine sample which tested positive for marijuana. After the test, the offender admitted to using marijuana on February 16, 2019, and signed an admission form.

U.S. Probation Officer Action:

The Probation Office is asking the Court to take no formal action at this time. The undersigned officer issued the offender a verbal reprimand and discussed the consequences of continued substance abuse. The Probation Office will increase the frequency of urine testing and will notify the Court if additional noncompliance occurs. Overall, the offender had been making a positive adjustment to supervision. He has been gainfully employed since his release from the Bureau of Prisons.

Respectfully submitted,

*Patrick J. Hattersley*

By: Patrick T. Hattersley
  Senior U.S. Probation Officer

Date: 02/21/2019

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

2/21/19
_____
Date