PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Jamel Coward                         Cr.: 06-00604-001
                                                       PACTS #: 36027

Name of Sentencing Judicial Officer:   THE HONORABLE KATHARINE S. HAYDEN
                                       SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 05/23/2007

Original Offense:   Count One: Racketeering, 18 U.S.C. § 1962(c) & 2

Original Sentence: 204 months imprisonment, 60 months supervised release

Special Conditions: Drug Testing/Treatment, DNA testing, Financial Disclosure, Gang Restriction Court Ordered, Fine $1,500, Special Assessment - $100

Type of Supervision: Supervised Release            Date Supervision Commenced: 03/05/2018

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1.                  During a home visit conducted on July 3, 2019, Jamel Coward admitted to smoking marijuana the week prior. He was unable to submit a urine sample at that time.


U.S. Probation Officer Action:

The undersigned probation officer discussed the reasons for Mr. Coward's marijuana use and encouraged him to make better decisions. Coward will be referred for substance abuse evaluation and be instructed to follow all treatment recommendations. The probation office will increase random drug testing and will closely monitor the offender's participation and compliance with substance abuse treatment. If we find that this drug use is ongoing, the Court will be notified. The Court's endorsement of this petition will serve as an official written reprimand to the offender.

                                                       Respectfully submitted,

                                                       By: Maria D. Goodwater
                                                           U.S. Probation Officer
                                                       Date: 07/15/2019

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be taken at this time- Notice Will Serve as a Written Reprimand (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

7/24/19
_____
Date