PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Jamel Coward  Cr.: 06-00604-001
PACTS #: 36027

Name of Sentencing Judicial Officer:  THE HONORABLE KATHARINE S. HAYDEN
SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 05/23/2007

Original Offense:   Racketeering, 18 U.S.C., Section 1962(c) and 2

Original Sentence: 204 months imprisonment, 60 months supervised release, $100 special assessment

Special Conditions: Drug Testing/Treatment, Financial Disclosure, Gang Restriction, DNA Testing, $1,500 Fine

Type of Supervision: Supervised Release                     Date Supervision Commenced: 03/05/2018

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | During a home visit on March 3, 2020, Coward admitted using marijuana the weekend prior while at his girlfriend's house. |

U.S. Probation Officer Action:

The probation office verbally reprimanded Coward and utilized STARR skills for intervention purposes. We have increased our frequency of contact/urine testing with the offender. Notably, a test conducted on June 19th returned negative results. Since his release from custody, Coward has remained employed with Supreme Energy performing HVAC work.

Prob 12A – page 2
Jamel Coward

Currently, our office recommends withholding Court action. We will immediately notify the Court of any additional instances of noncompliance.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Anthony J. Nisi*

By:  ANTHONY J. NISI
U.S. Probation Officer

/ajn

APPROVED:

*Luis R. Gonzalez*   6-26-20
LUIS R. GONZALEZ        Date
Supervising U.S. Probation Officer

---

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

6/29/20
_____
Date