PROB 12A
(7/93)

# United States District Court

for

## District of New Jersey

### Report on Offender Under Supervision

Name of Offender: Jamel Coward                                           Cr.: 06-00604-001
                                                                         PACTS #: 36027

Name of Sentencing Judicial Officer:   THE HONORABLE KATHARINE S. HAYDEN
                                       SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 05/23/2007

Original Offense:   Racketeering, 18 U.S.C., Section 1962(c) and 2

Original Sentence: 204 months imprisonment, 60 months supervised release, $100 special assessment

Special Conditions: Drug Testing/Treatment, Financial Disclosure, Gang Restriction, DNA Testing, $1,500 Fine

Type of Supervision: Supervised Release                    Date Supervision Commenced: 03/05/2018

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | During a home visit on October 29, 2020, Coward admitted using marijuana two weeks prior during Columbus Day weekend. |

U.S. Probation Officer Action:

The probation office verbally reprimanded Coward and utilized STARR skills for intervention purposes. We have increased our frequency of contact/urine testing with Coward. Notably, a test conducted on November 20th returned negative results. Since his release from custody, Coward has remained employed with Supreme Energy performing HVAC work. At this time, we would like to respectfully request that a status conference be held to further discuss the noncompliance.

                                          Respectfully submitted,

                                          SUSAN M. SMALLEY, Chief
                                          U.S. Probation Officer

                                          *Anthony J. Nisi*
                                          By:  ANTHONY J. NISI
                                               U.S. Probation Officer

*Afonso A. Fernandes 12/1/20*

_____
AFONSO A. FERNANDES              Date
Senior U.S. Probation Officer

Prob 12A – page 2
Jamel Coward

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☒ Other: Schedule a Status Conference (as recommended by the Probation Office)
(12/8/20 at 11:00 a.m.)

_____
Signature of Judicial Officer

12/2/20
_____
Date